FILED

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0369

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0369

IN THE MATTER OF:

J.S.,

    Respondent and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 10, 2023, to prepare, file, and serve the Appellant's opening brief.